IN THE UNITED STATES DISTRICT COURT
FOR THE _western_ DISTRICT OF _Kentucky_
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
JUN 2 6 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Mark J. Bardnell
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Clarion Pointe Hotel
Daniel Moron
Sherri Cattlett

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 5:23-cv-91-BJB
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mack J. Bardwell |
| Street Address | 400 Cooperfield Ave Apt 8 |
| City and County | Hopkinsville    Christian |
| State and Zip Code | Kentucky    42240 |
| Telephone Number | 270 632 - 5068 |
| E-mail Address | mbkentontn @ gmail. com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Daniel Moron |
| Job or Title (if known) | General manager |
| Street Address | 2910 ft. campbell Boulevard |
| City and County | Hopkinsville,    Christian |
| State and Zip Code | Kentucky    42240 |
| Telephone Number | 270 - 886 4413 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Sherri CAttlett |
| Job or Title (if known) | Assistant General manager |
| Street Address | 2910 ft. CAmpbell Boulevard |
| City and County | Hopkinsville    Christian |

2

State and Zip Code    *Kentucky     42240*

Telephone Number    *270 886 4413*

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of speech

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* Clarion Pointe, is incorporated under the laws of the State of *(name)* Kentucky_____, and has its principal place of business in the State of *(name)* ___Kentucky_____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* united States .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Back wages from February 16, 2023 to Present

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was fired for free speech i am seeking Back wages 2-16-2023 to present and restoration of employment. 1-30-2023 i was fired by Daniel Moron for exercising my free speech

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court for Back wages 2-16-23 to present. Restoration of employment for Wrongful Termination using free speech.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-20 , 20 23

Signature of Plaintiff    mark g. Bardwell
Printed Name of Plaintiff    mark J. Bardwell

### B.    For Attorneys

Date of signing: _____ , 20__ .

6

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

E-mail Address               _____

FROM:

Mark J Bardwell
400 Cooperfield Ave Apt8
Hopkinsville, Kentucky
42240

5:23-CV-91-BJB

FILED
JAMES J. VILT, JR. - CLERK

JUN 26 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

TO:

Offi
U.S. Dist
Room 127
501 Broa
Kentucky

Utility Mailer
10 1/2" x 16"



U.S. POSTAGE PAID
FCM LG ENV
HOPKINSVILLE, KY
42240
JUN 23, 23
AMOUNT
$2.40
R2304p118982-21

RDC 99

42001

e of the clerk

ict Court

Federal Building

way, PAducAh

42001 - 6801

Ready**P**ost.